This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                 **NO. 31,802**

**VICENTE T. SANDOVAL,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF OTERO COUNTY**
**William H. Brogan, District Judge**

Gary K. King, Attorney General
Santa Fe, NM

for Appellee

Vicente T. Sandoval

Pro Se-Appellant

## MEMORANDUM OPINION

**GARCIA, Judge.**

Vicente T. Sandoval, appearing pro se (Defendant) appeals from the district

court's order denying his motion to withdraw his 2004 no contest plea. [RP 143]

This Court's calendar notice proposed to affirm the district court's order, because Defendant's motion was untimely filed, pursuant to Rule 5-801(B) NMRA (providing that "[a] motion to reduce a sentence may be filed within ninety (90) days after the sentence is imposed"); *see also State of New Mexico v. Esau Barraza*, 2011-NMCA-111, ¶ 12, __ N.M. __, __ P.3d __ (No. 29,807, Sept. 21, 2011) (Although our Supreme Court has the flexibility to construe a motion as a petition for habeas corpus even where it was not denominated as such, *Case v. Hatch*, 2008-NMSC -024, ¶ 12, 144 N.M. 20, 183 P.3d 905, this Court has no such jurisdiction or flexibility to do so. *See* Rule 5-802(H)(2) (requiring a defendant to petition for certiorari to our Supreme Court in order to obtain review of a district court's denial of a writ of habeas corpus.").

In the calendar notice, we also noted: (a) that Defendant's remedy would be to file a new petition for writ of habeas corpus in the district court; (b) that the district court does have jurisdiction to rule on petitions for writ of habeas corpus, pursuant to N.M. Const. art. VI, §13; and (c) that the New Mexico Supreme Court, not this Court, has jurisdiction to review an appeal from the district court's ruling, pursuant to N.M. Const. art. VI, § 3, and Rule 5-802(H)(2).

Defendant has filed a response to the calendar notice, agreeing with the

proposed disposition. [Ct. App. File, Response]

For the reasons set forth in the calendar notice and in this opinion, we affirm the district court's order denying Defendant's motion to withdraw his plea.

**IT IS SO ORDERED.**

_____
**TIMOTHY L. GARCIA**, **Judge**

**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**LINDA M. VANZI, Judge**